UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YILKAL BEKELE, et al., on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYFT, INC.,<br>Defendant. | Civ. A. No. 1:15-cv-11650 |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff Yilkal Beleke hereby appeals from the Court's granting of Defendant's Motion to Compel arbitration and dismiss the instant case (Dkt. 50) and the order of dismissal entered on August 12, 2016 (Dkt. 51).

1

Dated: August 22, 2016

Respectfully submitted,

YILKAL BEKELE, individually and on behalf of all others similarly situated,

By their attorneys,

*/s/ Shannon Liss-Riordan*

Shannon Liss-Riordan, BBO #640716
Adelaide Pagano, BBO #690518
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
(617) 994-5801 (fax)
sliss@llrlaw.com
apagano@llrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2016, a copy of this document was served by ECF filing on all counsel of record.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, Esq.