# United States Court of Appeals
## For the First Circuit

No. 16-2109

YILKAL BEKELE,

Plaintiff, Appellant,

v.

LYFT, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: March 13, 2019

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order granting the motion to dismiss is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Shannon Erika Liss-Riordan
Adelaide H. Pagano
Michael T. Maroney
James D. Smeallie
Evan Mark Tager
Robert Michael Shaw
David J. Santeusanio
Archis Ashok Parasharami
Matthew Waring
Harold Craig Becker
Michael Rubin
Bryan K. Weir
Cameron Thomas Norris